IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FOROOGH EHTESHAMI,

    Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner for Operations, performing duties and functions not reserved to the Commissioner of Social Security,

    Defendant.

No. C 17-05283 WHA

**ORDER TO SHOW CAUSE**

In this social security case, an order dated January 24 granted the parties' stipulated request to continue the due date for plaintiff's motion for summary judgment to March 30. On March 30, plaintiff filed another stipulated request to continue the filing deadline to April 26, which request was never granted. Plaintiff ultimately filed a motion for summary judgment on April 30. The undersigned judge accepted the motion but cautioned plaintiff's counsel that he should not request further extensions. Plaintiff's counsel has nevertheless failed to meet the June 22 filing deadline to respond to defendant's cross motion for summary judgment (Dkt. Nos. 15, 16, 18, 19).

Plaintiff's counsel is **ORDERED TO APPEAR** on **JULY 5 AT 11 A.M.** in Courtroom No. 12, 450 Golden Gate Avenue, San Francisco, to show cause for his failure to prosecute this case.

**IT IS SO ORDERED.**

Dated: June 27, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE